NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**HOWARD F. WIBLE,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————

2010-7144

———————————

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1197, Judge Ronald M. Holdaway.

———————————

**JUDGMENT**

———————————

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

MICHAEL P. GOODMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON,

Director, MARTIN F. HOCKEY, JR., Assistant Director, and KENT C. KIFFNER, Trial Attorney.  Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and CHRISTA SHRIBER, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2011          /s/ Jan Horbaly
Date                        Jan Horbaly
                              Clerk